# IN THE UNITED STATES MAGISTRATE COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HEATHER L. BARNETT,<br><br>Defendant. | PO-17-05044-BLG-TJC<br>Violation No. F4863628<br>Location Code: M6H<br><br>ORDER TO AUTHORIZE<br>PAYMENT PLAN AND QUASH<br>BENCH WARRANT |

Upon the unopposed motion of the United States and for good cause shown,

IT IS HEREBY ORDERED that the defendant shall pay the total collateral forfeiture amount of $330.00 for Violation Notice F4863628 in six installments consisting of $50.00 on the first day of each month from January 2018 through June 2018 and one installment of $30.00 on the first day of July 2018.

IT IS FURTHER ORDERED that the bench warrant issued for Heather L. Barnett on November 16, 2017 regarding Violation No. F4863628 shall be QUASHED.

/ / /

/ / /

/ / /

The Clerk of Court is directed to notify the U.S. Marshals Service of this Order immediately.

DATED this 20th day of November, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge